# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE BECKMARK FARM, LLC, JUDY K. BECKMARK, and JUDY K. BECKMARK REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>PLATTE VALLEY COMPANY, PLATTE VALLEY BANK, PLATTE VALLEY BANK TRUST DEPARTMENT, PETER G. LAPASEOTES, and STEPHEN LIBSACK,<br><br>Defendants. | 8:23CV291<br><br>ORDER |

Pursuant to the Court's ruling as stated on the record during the October 9, 2024, telephone conference, for good cause shown, Defendants shall have until December 16, 2024, to complete Rule 45 discovery as to Plummer Insurance and Farmers National. The parties' pre-hearing arguments and attachments supporting the Court's ruling are attached to this Order.

**IT IS SO ORDERED.**

Dated this 9th day of October, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge