IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE BECKMARK FARM, LLC, JUDY K. BECKMARK, and JUDY K. BECKMARK REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>PLATTE VALLEY COMPANY, PLATTE VALLEY BANK, PLATTE VALLEY BANK TRUST DEPARTMENT, PETER G. LAPASEOTES, and STEPHEN LIBSACK,<br><br>Defendants. | 8:23CV291<br><br>**ORDER REGARDING JOINT EXHIBIT LIST** |

This case is set for trial beginning on September 9, 2025. Filing 91. This case is before the Court upon the Court's review of the Order on Final Pretrial Conference and Joint List of Exhibits. Filing 91; Filing 91-1. It appears to the Court that the Joint List of Exhibits, and particularly Defendants' part, is not reflective of the scope of the issues remaining for trial after the Court's July 25, 2025, Memorandum and Order on the Parties' Cross-Motions for Partial Summary Judgment and Summary Judgment, Filing 90, filed nine days before the Final Pretrial Conference. Plaintiffs' objections to a substantial number of Defendants' exhibits may in part be the result of Defendants' offer of exhibits that are no longer relevant to the issues remaining for trial. Nevertheless, Plaintiffs' repeated assertion of the same objection to so many of Defendants' exhibits raises the question of whether these objections are merely blanket objections or objections showing individual and good faith consideration of the challenged exhibits. Accordingly,

IT IS ORDERED that

1

1. the parties shall meet and confer on what revisions of the Joint Exhibit List are appropriate to reflect the scope of issues remaining for trial, and

2. not later than Tuesday, August 19, 2025, at 5:00 p.m., the parties shall file a Revised Joint Exhibit List including only exhibits that they assert are relevant to and probative of issues remaining for trial, based on individualized, good faith consideration of the exhibits and any objections.

Dated this 12th day of August, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge