## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **THE BECKMARK FARM, LLC, JUDY K. BECKMARK, and JUDY K. BECKMARK REVOCABLE TRUST,** | **8:23CV291** |
| **Plaintiffs,** | |
| **vs.** | |
| **PLATTE VALLEY COMPANY, PLATTE VALLEY BANK, PLATTE VALLEY BANK TRUST DEPARTMENT, PETER G. LAPASEOTES, and STEPHEN LIBSACK,** | **ORDER** |
| **Defendants.** | |

The parties have settled the claims in this matter following a settlement conference held with the undersigned magistrate judge on August 12, 2025.   The parties notified the undersigned magistrate judge on August 14, 2025, that they accepted his mediator's proposal and have settled the above captioned case.  Accordingly,

**IT IS ORDERED:**

1.  On or before **September 15, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 14th day of August, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge