IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE BECKMARK FARM, LLC, JUDY K. BECKMARK, and JUDY K. BECKMARK REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>PLATTE VALLEY COMPANY, PLATTE VALLEY BANK, PLATTE VALLEY BANK TRUST DEPARTMENT, PETER G. LAPASEOTES, and STEPHEN LIBSACK,<br><br>Defendants. | 8:23CV291<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

This case is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice signed by counsel for all parties. Filing 111. The parties stipulate to entry of an Order dismissing this matter, including all claims, with prejudice, with each party to pay its own fees and costs. Filing 111 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice, Filing 111, is accepted, and this case is dismissed with prejudice, with each party to bear its own fees and costs.

Dated this 21st day of October, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1